UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ANNA M. LOPEZ and ANZONI LOPEZ      :
                                    :   08 CIV 8724 (BSJ)
                Plaintiffs,         :
                                    :   **ORDER**
         v.                         :
                                    :
LANDEEN TRANSPORT, LLC and GARTH    :
MORGAN                              :
                                    :
                Defendants.         :
------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/09
```

The Parties have advised the Court that they have agreed to engage in binding arbitration. Accordingly, it is hereby ORDERED that this action is discontinued without costs to either party. The Clerk of the Court is directed to close the case.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any arbitration award, they shall submit the arbitration decision to the Court to be So Ordered.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 10, 2009